DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER VELASQUEZ-SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-383 LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| JAVIER VELASQUEZ-SUAREZ ) | Date: October 5, 2010 |
| Defendant. ) | Time: 9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JAVIER VELASQUEZ-SUAREZ that the above matter be dropped from this court's calendar for October 5, 2010, at the request of the defense and be continued until October 26, 2010, for status conference. This continuance is requested in order to permit receipt and consideration of a pre-plea presentence report from the Probation Office and proposed plea agreement from the

1  government which has not been disclosed to counsel as of this
2  filing.
3      **IT IS FURTHER STIPULATED** that the time from October 5, 2010,
4  through October 26, 2010, be excluded from computation of time
5  within which the trial of this matter must be commenced under the
6  Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18
7  U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4
8      **IT IS SO STIPULATED.**

10 Date: September 30, 2010        Benjamin B. Wagner
                                   United States Attorney

12                                 /S/ Michele Beckwith
                                   By:  MICHELE BECKWITH
13                                 Assistant United States Attorney
                                   Counsel for Plaintiff

15 Date: September 30, 2010        /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
16                                 Assistant Federal Defender
                                   Attorney for Defendant
17                                 JAVIER VELASQUEZ-SUAREZ

### O R D E R

    Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for October 5, 2010, and is ordered to be re-calendared for October 26,2010, at 9:30 a.m.

    Time is excluded from computation of time within which the trial of this matter must be commenced from October 5, 2010, through October 26, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(A) &

Stip & Order Continuing Case
and Excluding Time              2

(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

Date: September 30, 2010         /s/ John A. Mendez
                                 John A. Mendez
                                 United States District Court

Stip & Order Continuing Case
and Excluding Time                        3