DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER VELASQUEZ-SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>JAVIER VELASQUEZ-SUAREZ              )<br>                                     )<br>            Defendant.               )<br>                                     )<br>_____) | No. 2:10-cr-383 JAM<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  November 30, 2010<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JAVIER VELASQUEZ-SUAREZ that the above matter be dropped from this court's calendar for November 30, 2010, at the request of the defense and be continued until December 14, 2010, for status conference. This continuance is requested in order to permit consideration of a pre-plea presentence report and consultation with the defendant regarding the proposed plea agreement from the government which has recently been received.

**IT IS FURTHER STIPULATED** that the time from November 30, 2010, through December 14, 2010, be excluded from computation of time

1  within which the trial of this matter must be commenced under the
2  Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18
3  U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4
4  **IT IS SO STIPULATED**.
5
6  Date: November 29, 2010          Benjamin B. Wagner
                                    United States Attorney
7
8                                   /S/ Michele Beckwith
                                    By:  MICHELE BECKWITH
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff
10
11 Date: November 29, 2010          /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
12                                  Assistant Federal Defender
                                    Attorney for Defendant
13                                  JAVIER VELASQUEZ-SUAREZ
14

15                              **O R D E R**

16      Based on the above stipulation of the parties, this
17 matter is ordered to be dropped from the calendar for November
18 30, 2010, and is ordered to be re-calendared for December
19 14,2010, at 9:30 a.m.
20      Time is excluded from computation of time within which
21 the trial of this matter must be commenced from November 30,
22 2010, through December 14, 2010, pursuant to 18 U.S.C. §
23 3161(h)(8)(A) & (B)(iv) and Local Code T4.
24      **IT IS SO ORDERED**.
25                                  By the Court,
26
27 Date: November 29, 2010          /s/ John A. Mendez
                                    Hon. John A. Mendez
28                                  United States District Judge

Stip & Order Continuing Case
and Excluding Time                  2